MICHAEL HOFFMAN, Bar No. 162496
JEREMY A. ROTH, Bar No. 129007
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: mhoffman@littler.com

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JIMMY ELLISON,**<br><br>                    **Plaintiff,**<br><br>      v.<br><br>**AUTOZONE, INC.,**<br><br>                    **Defendant.** | Case No. C 06-7522 MJJ<br><br>[~~PROPOSED~~] **ORDER STAYING DISCOVERY AND SERVICE OF INITIAL DISCLOSURES**<br><br>DATE: August 28, 2007<br>TIME:  2:00 p.m.<br>CTRM: 11<br><br>Hon. Martin J. Jenkins |

The parties appeared before the Court for a scheduled case management conference on August 28, 2007. Based on the substantial overlap between the claims asserted in this action and the related action of *Moreno vs. AutoZone, Inc.*, case no. 05-4432 MJJ, as well as the pending class certification motion in the *Moreno* action (scheduled for hearing on October 17, 2007), the Court finds that a temporary stay of discovery and service of the initial disclosure statements is appropriate to prevent potential duplication of effort and undue burden on the parties.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court hereby stays all discovery and service of the initial disclosure statements in this action, pending a decision on class certification in the *Moreno* action. The Court will reassess the propriety of any further discovery stay and its scope after issuance of the order on class certification in the *Moreno* action.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ORDER STAYING DISCOVERY AND INITIAL DISCLOSURES         1.         CASE NO. C 06-7522 MJJ

IT IS SO ORDERED.

Dated: 09/10/07

*[signature]*
UNITED STATES DISTRICT JUDGE

Firmwide:83010087.1 013306.2116

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER STAYING DISCOVERY AND INITIAL DISCLOSURES

2.

CASE NO. C 06-7522 MJJ