MICHAEL HOFFMAN, Bar No. 162496
JEREMY A. ROTH, Bar No. 129007
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: mhoffman@littler.com

Attorneys for Defendant
AUTOZONE, INC.

**FILED**
JAN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JIMMY ELLISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AUTOZONE, INC.,<br><br>　　　　　Defendant. | Case No. C 06-7522 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING MATTERS UNTIL STATUS CONFERENCE**<br><br>Date:　　January 22, 2008<br>Time:　　2:00 p.m.<br>Courtroom: 11<br><br>Hon. Martin J. Jenkins |

IT IS HEREBY STIPULATED, by and between and the parties to this action, through their respective counsel and subject to Court approval, to the following:

1. The Court directed the parties to confer on issues arising from the Court's Disqualification Order of December 6 and scheduling in this action. The Court set a Status Conference for January 22, 2008, at which time the parties and the Court anticipate that a scheduling order will be issued pertaining to such matters. Among those matters, Defendant is considering a motion to disqualify Bailey Pinney in this action and a motion to enjoin Bailey Pinney from representing putative class members in parallel state and federal court actions; Bailey Pinney is contemplating whether voluntary withdrawal is appropriate in other cases pending in California.

2. Based on the Court's directions and in the interest of avoiding multiplication of these proceedings, the parties agree that no additional motions will be filed in this action and no discovery will occur until after the status conference on January 22, 2008.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER STAYING
MATTERS UNTIL STATUS CONF.

CASE NO. C 06-7522 MJJ

1      3. As a condition of this stay, Plaintiff's attorneys agree that no documents or data produced by AutoZone in this action have been shared with other law firms and that no such exchange of documents or data will occur before the status conference on January 22, 2008.

Dated: December 21, 2007

/S/
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant.

Dated: December 21, 2007

/S/
JOSE R. MATA
BAILEY PINNEY, P.C.
Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:83900110.1 013306.2116