JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ellison

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jimmy Ellison,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Autozone, Inc.,<br>　　　　　　Defendant. | Case No. C 06-07522 MJJ<br><br>**APPLICATION AND** ~~PROPOSED~~<br>**ORDER FOR WITHDRAWAL AND**<br>**SUBSTITUTION OF ATTORNEYS**<br><br><br><br>Hon. Martin J. Jenkins |

PLAINTIFF APPLIES TO THE COURT FOR AN ORDER AS FOLLOWS:

　　　Plaintiff Jimmy Ellison hereby applies to the Court for the withdrawal of his current counsel of record and the substitution of Marc Primo and Joseph Cho of Initiative Legal Group LLP, 1800 Century Park East, 2nd Floor, Los Angeles, California 90067, phone (310) 556-5637, facsimile (310) 861-9051 as his attorneys of record in this action, in lieu and in place of Jose R. Mata of Bailey

Pinney, PC, 1498 SE Tech Center Place, Suite 290, Vancouver, Washington 98683, phone (360) 567-2551 and facsimile (360) 567-3331; Bonnie Mac Farlane of Bailey Pinney, PC, 720 Howe Street, Suite 113, Sacramento, California 95825, phone (916) 923-5537 and facsimile (916) 923-5587; and Susan Seemiller of Bailey Pinney, PC, 840 County Square Drive, Ventura, California 93003, phone (805) 339-9090 and facsimile (805) 339-0090.

Plaintiff's counsel conferred with defense counsel, who agreed to the withdrawal of Bailey Pinney & Associates and provided the template for this application. Defendant's counsel, however, will not stipulate to the substitution of Initiative Legal Group.

Dated: January 25, 2008        Bailey Pinney, PC

By \_\_/s/_____
JOSE R. MATA
Attorney for Plaintiff Ellison

Bailey Pinney, PC withdraws as plaintiff's counsel and accepts the above substitution.

Dated: January 25, 2008

\_\_\_/s/_____
JOSE R. MATA
BAILEY PINNEY, PC

Dated: January 25, 2008

\_\_\_/s/ _____
JOSEPH CHO
INITIATIVE LEGAL GROUP LLP
Attorney for Plaintiff Ellison

ORDER

Plaintiff's application for the proposed withdrawal and substitution of counsel is hereby GRANTED. The Court Clerk is directed to substitute counsel for Plaintiff and direct all future notices to Plaintiff's counsel as follows:

> Marc Primo, Bar No. 216796
> Email: MPrimo@InitiativeLegal.com
> Joseph Cho, Bar No. 198844
> Email: JCho@InitiativeLegal.com
> Initiative Legal Group LLP
> 1800 Central Park East, 2nd Floor
> Los Angeles, CA 90067
> Phone: (310) 556-5637
> Fax: (310) 861-9051

IT IS SO ORDERED.

Dated: 1/29/2008

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE