IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AutoZone, Inc., Wage and Hour Employment Practices Litigation<br><br>This Document Relates to:<br>Jimmy Ellison v. Autozone, Inc.,<br>06-cv-7522 | No.: 3:10-md-02159-CRB<br>Hon. Charles R. Breyer<br><br>**ORDER RE-SETTING DATES ASSOCIATED WITH ELLISON TRIAL** |

In light of the submissions from counsel, the Court hereby RESETS trial in this case to December 11, 2017. This trial will trail the trial in Bajwa v. Robert Half International, Inc. et al., Superior Court of California, County of Contra Costa, Case No. CIVMSC 13-01909. All pretrial filings shall be filed by November 20, 2017, irrespective of the dates in the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases (dkt. 356). The pretrial conference will be on December 7, 2017 at 2:30 P.M.

**IT IS SO ORDERED.**

Dated: October 25, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE